377 A.2d 995

Fidelity Bank, Appellant, v. Catania.

Argued June 17, 1977. James C. Buckley, with him Gibbons, Buckley & Smith, for appellant; Francis P. Connors, with him Levis, Connors & Swanick, for appellee.

Orders affirmed.